# **Notice**

The pleadings filed in this case are in paper form only.

You may view the case file at the appropriate Clerk's Office, United States Bankruptcy Court, Northern District of Georgia.

W. Yvonne Evans,
Clerk of Court