UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TRUSTEE'S SUPPLEMENTAL REPORT

FOLLOWING CONFIRMATION HEARING

CASE NO. A00-61976-M                    MARGARET H. MURPHY, JUDGE
DEBTOR(S): MELANIE M. HILL DATE: 10/27/2000

LOUIS C. BROWN, JR. TO REPORT BACK IN 10 DAYS

AFTER CONTACTING DEBTOR'S ATTORNEY

THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND

RECOMMENDS CONFIRMATION OF THE PLAN
WITHDRAWS HER OBJECTION TO CONFIRMATION.  PLEASE ENTER
AN ORDER OF CONFIRMATION.

THIS 27th DAY OF December , 2000.

OFFICE OF THE CHAPTER 13 TRUSTEE

M. REGINA THOMAS
STANDING CHAPTER 13 TRUSTEE

NORTHERN DISTRICT OF GEORGIA
SUITE 300, THE EQUITABLE BUILDING
100 PEACHTREE STREET, N W
ATLANTA, GEORGIA 30303

TELEPHONE
(404) 525-1110

```
------------------------------------------------------------------
    A00-61976-M          CERTIFICATE OF SERVICE
------------------------------------------------------------------
```

This is to certify that I have this day served

    DEBTOR(S):
    MELANIE M. HILL
    1100 TUCKAWANNA DR
    ATLANTA, GA
                                      30311-0000

    ATTORNEY FOR DEBTOR:
    PEGGY JONES GOLDEN, ATTY.
    1050 SPRING ST., N.W.
    ATLANTA, GA
                                      30309-0000

in the foregoing matter with a copy of this Trustee's Supplemental Report by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 27th day of December, 20 00.

_____

M. REGINA THOMAS
STANDING CHAPTER 13 TRUSTEE

NORTHERN DISTRICT OF GEORGIA
SUITE 300, THE EQUITABLE BUILDING
100 PEACHTREE STREET, N W
ATLANTA, GEORGIA 30303

TELEPHONE
(404) 525-1110