```
                UNITED STATES BANKRUPTCY COURT
                 NORTHERN DISTRICT OF GEORGIA
                      ATLANTA     DIVISION
```

IN RE:                            )       CHAPTER 13
                                  )
MELANIE M. HILL                   )
                                  )       CASE NO. A-00-61976-M
DEBTOR(S)                         )

MOTION TO DISMISS

Comes now ADAM M. GOODMAN, TRUSTEE in the above styled matter, and respectfully shows the Court as follows:

1. Debtor filed a petition for relief under Chapter 13.

2. Debtor has failed to comply with this Court's Order requiring regular monthly payments to the Trustee. The debtor should have paid $ 29,892.90 . The debtor has paid a total of $ 25,358.79 , causing a delinquency of $ 4,534.11 .

3. Specific grounds of objections to the Motion to Dismiss should be filed by the debtor(s) within (20) days.

WHEREFORE, your Trustee respectfully requests this case be dismissed.

_____/S_____
ADAM M. GOODMAN, TRUSTEE
State Bar No. 300887

```
                   UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                       ATLANTA     DIVISION
```

IN RE:                            )       CHAPTER 13
                                  )
MELANIE M. HILL                   )
                                  )       CASE NO. A-00-61976-M
DEBTOR(S)                         )

## NOTICE OF HEARING ON MOTION TO DISMISS CASE

YOU ARE HEREBY NOTIFIED that you have twenty (20) days from the date of this notice to file written objections to the Chapter 13 Trustee's Motion to Dismiss your case.

All objections shall state the grounds therefore and shall be filed with the Clerk, United States Bankruptcy Court, Room 1340 Richard Russell Building, 75 Spring Street, SW, Atlanta, Georgia, 30303-3367, and a copy furnished to the Chapter 13 Trustee, Adam M. Goodman, Suite 200, 260 Peachtree Street, Atlanta, GA 30303

If a written objection is timely filed, a hearing will be held on February 19, 2004  at  9:45 AM, In Courtroom 1204 United States Courthouse, 75 Spring Street, SW, Atlanta, Georgia.

IF NO OBJECTION IS TIMELY FILED AS HEREIN DIRECTED, THE COURT MAY ENTER AN ORDER OF DISMISSAL OF THIS CHAPTER 13 CASE.

DATED: JANUARY   16TH, 2004.              _____/s_____
                                          Adam M. Goodman
                                          Chapter 13 Trustee

```
A00-61976-M              CERTIFICATE OF SERVICE
```

This is to Certify that I have this day served

```
    MELANIE M. HILL
    1100 TUCKAWANNA DR
    ATLANTA, GA

              30311


    PEGGY JONES GOLDEN, ATTY.
    1050 SPRING ST., N.W.
    ATLANTA, GA

              30309
```

with a copy of the foregoing Motion to Dismiss together with

the Notice of Hearing on Motion to Dismiss Case by depositing

in the United States Mail a copy of same in a properly

addressed envelope with adequate postage thereon.

This 16TH day of JANUARY  , 2004.

```
                              _____/S_____
                              Adam M. Goodman, Chapter 13 Trustee
                              260 Peachtree Street, N.W. Suite 200
                              Atlanta, Georgia 30303

                              (678) 510-1444
```